IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEAMSTERS AND EMPLOYERS WELFARE TRUST OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 07-3087 ) |
| HENRY BURNS FURNITURE, INC., | ) ) |
| Defendant. | ) |

## ORDER

JEANNE E. SCOTT, U.S. District Judge:

This cause coming to be heard on Plaintiff's Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, Henry Burns Furniture, Inc., and that the Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiff is hereby awarded a Default Judgment against the Defendant, Henry Burns Furniture, Inc., as follows:

A.   Judgment is entered in favor of the Plaintiff and against the Defendant for delinquent contributions for the period from October 2006,

through May 2007, in the amount of $6,698.00 and late fees calculated at 10% in the amount of $669.80, for a total of $7,367.80;

  B. Defendant is ordered to pay to the Plaintiff its attorney fees in the amount of $4,098.14, as provided by the Trust Agreement and ERISA, 29 U.S.C. §1132(g)(2); and

  C. Defendant is ordered to pay all costs attendant to these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: January 17, 2008

  FOR THE COURT:

            s/ Jeanne E. Scott
            JEANNE E. SCOTT
          UNITED STATES DISTRICT JUDGE